TRULINCS 78820054 - JEANBAPTISTE, LESSAGE - Unit: BRO-I-B

---

FROM: 78820054
TO:
SUBJECT: Letter
DATE: 01/17/2019 07:19:27 PM



The Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

CHAMBERS OF
JUDGE SIDNEY H. STEIN
U.S.D.J.

Re: United States v. Lessage Jean Baptiste
15 Cr. 854 (SHS)

Docket + file

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/18/19

I Lessage Jean Baptiste am writing to you to inform you that Mr. Myers never had my best interest in mind in pursuing the proper remedy for this case (55 15 Cr. 854 (SHS)). I strongly feel that he misled me into taking the plea that I took, and that at present, we have reached an irreversible point where he and I cannot continue as counsel and client. I have tried, on multiple occasions, to dismiss Mr. Myers as my attorney, and on June 1, 2017, the presiding Judge denied me my Sixth Amendment right to effective counsel.

I want a competent lawyer at my side--one who is going to preserve my rights as a citizen of the United States of America. From my experience, Mr. Myers' practices are unconstitutional by misleading his clients into taking pleas. He has claimed that should If I reverse my plea and stand trial, I will receive a sentence of 45 years. I have also asked him to hire a private investigator on several occasions, and he refuses to do so. He even refused this before I signed my plea.

I have now asked him for a mitigating specialist, and he has yet to assign one to me. I strongly believe Mr. Myers never had my best interests in mind in the first place, and that I have been poorly and ineffectively advised.

I am requesting a new effective counsel as well as a private investigator. I am also requesting a Fatico hearing once I have received the services of a private investigator, which was requested of Mr. Myers countless times.

Thank you for your time in this matter.

also Mr. myers refuse to get me a mitigation specialist or a private investigator. "Why" because I strongly belive my lawyer has never had my best interest therefore I was force to sign that plea thinking because i didn't have a gun charge on it, I would be eligible for the RDap pogram and all it's incintives and also the Ausa at the time said I would be getting time off once I completed the program. now I believe all this was said for me to sign the plea agreement. on the next day during my Rule 11 proceedings when I tried to raise an issue, He scribble a note to the side to quite me. exithibit(A) and exhibit(B) which on my suppression Hearing I urge him to show you my disposition on the case and He did not. 01/4/2014



that with respect to any and all dismissed charges he is not a "prevailing party" within the meaning of the "Hyde Amendment," Section 617, P.L. 105-119 (Nov. 26, 1997), and will not file any claim under that law.

The defendant hereby admits the forfeiture allegations with respect to Count Six of the Indictment and agrees to forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the offense charged in Count Six of the Indictment and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offense charged in Count Six of the Indictment. It is further understood that any forfeiture of the defendant's assets shall not be treated as satisfaction of any fine, restitution, cost of imprisonment, or any other penalty the Court may impose upon him in addition to forfeiture.

It is further understood that the defendant shall make restitution in an amount to be specified by the Court in accordance with Title 18, United States Code, Sections 3663, 3663A, and 3664. This amount shall be paid according to a plan established by the Court.

In consideration of the foregoing and pursuant to United States Sentencing Guidelines ("U.S.S.G." or "Guidelines") Section 6B1.4, the parties hereby stipulate to the following:

A. Offense Level

1.  The Guidelines provisions in effect as of November 1, 2016, apply in this case.

2.  The offense level for Count Six is calculated as follows:

    a.  The Guideline applicable to the narcotics conspiracy charged in Count Six is U.S.S.G. § 2D1.1.

    b.  Pursuant to U.S.S.G. § 2D1.1(c)(5), because the offense involved at least 280 grams but less than 840 grams of cocaine base, the base offense level is 30.

    c.  Pursuant to U.S.S.G. § 2D1.1(b)(1), because the defendant possessed a firearm in connection with the offense, two levels are added.

    Pursuant to U.S.S.G. § 3B1.1(c), two levels are added because the defendant was an organizer or leader of a criminal activity.

4.  Assuming the defendant clearly demonstrates acceptance of responsibility, to the satisfaction of the Government, through his allocution and subsequent conduct prior to the imposition of sentence, a 2-level reduction will be warranted, pursuant to U.S.S.G. § 3E1.1(a). Furthermore, assuming the defendant has accepted responsibility as described in the previous sentence, an additional 1-level reduction is warranted, pursuant to U.S.S.G. § 3E1.1(b), because the defendant gave timely notice of his

*[Handwritten margin notes:]* Conspirators possessed! Not personal possession. You need plea to this. Therefore Judge less likely to give credit or all time

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX

CERTIFICATE OF DISPOSITION
NUMBER:  140514

THE PEOPLE OF THE STATE OF NEW YORK
                        VS

JEANBAPTISTE,LESSAGE
Defendant

1741 GARFIELD STR
Address

BRONX              NY
City            State  Zip

08/20/1981
Date of Birth

9557459Z
NYSID Number

01/04/2014
Date of Arrest/Issue

Docket Number: 2014BX000883          Summons No:

220.16 220.03 205.30 120.05 220.06 120.00 120.15 240.26
Arraignment Charges

Case Disposition Information:

| Date | Court Action | Judge | Part |
|------|-------------|-------|------|
| 06/24/2015 | PLED GUILTY & SENTENCE IMPOSED PG 240.20 CONDITIONAL DISCHARGE=1Y | MCGUIRE,J | MSG |

**NO FEE CERTIFICATION**

_ **GOVERNMENT AGENCY**        _ **COUNSEL ASSIGNED**

_ NO RECORD OF ATTORNEY READILY AVAILABLE. DEFENDANT STATES COUNSEL WAS ASSIGNED

**SOURCE** _ **ACCUSATORY INSTRUMENT** _ **DOCKET BOOK/CRIMS** _ **CRC3030[CRS963]**

     I HEREBY CERTIFY THAT THIS IS A TRUE EXCERPT OF THE RECORD ON FILE IN
THIS COURT.

HINNANT,A
COURT OFFICIAL SIGNATURE AND SEAL

07/24/2015
DATE          FEE: NONE

(CAUTION: THIS DOCUMENT IS NOT OFFICIAL UNLESS EMBOSSED WITH THE COURT
         SEAL OVER THE SIGNATURE OF THE COURT OFFICIAL.)

-----------------------------------------------------------------------------------------------------

FROM: Family, Myppl
TO: 78820054
SUBJECT: Message from 394#9177421041
DATE: 01/03/2019 08:36:17 PM

Which jailhouse lawyer did you speak to? If you have a Fatico Hearing the drug calculation will be 5 times what it is now...you will be getting close to 15 years...take back your plea you will get 45