**BREEDING HENRY BAYSAN**

BREEDING HENRY BAYSAN PC

7 WORLD TRADE CENTER
250 GREENWICH ST 46ᵀᴴ FLOOR
NEW YORK, NY 10006
TEL.   +1 212.813.2292
breedinghenrybaysan.com

BRADLEY L. HENRY
DIRECT. +1 646-820-0224
FAX.   +1 212.779.4457
bhenry@bhblegal.com

May 8, 2019

VIA ECF

The Hon. Sidney H. Stein
Untied Stated District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

RE: U.S. v Baptiste; 1:15-cr-854-(SHS)

Dear Judge Stein,

I represent Mr. Lessage Jean Baptiste in this case.  I write to request a sixty (60) day extension for sentencing currently on the Court's docket for May 24, 2019.  This is my first request for an adjournment of sentencing in this case.

The reason for the request is that I was appointed to represent Mr. Baptiste on March 29, 2019, and I need more time to review the file and meet with my client before preparing the sentencing memo.  I have significant travel for business scheduled over the next several weeks, including at least two trips out of the country.  As a result, I would appreciate the additional time in order to effectively advocate for Mr. Baptiste.

I have spoken to the government and they have no objection to this request.

Thank you for your consideration. If you need any further information, please do not hesitate to contact me.

Sincerely,

*s/ Bradley L. Henry*

Bradley L. Henry