**BREEDING HENRY BAYSAN**

BREEDING HENRY BAYSAN PC

7 WORLD TRADE CENTER
250 GREENWICH ST 46ᵀᴴ FLOOR
NEW YORK, NY 10006
TEL.   +1 212.813.2292
breedinghenrybaysan.com

BRADLEY L. HENRY
DIRECT. +1 646-820-0224
FAX.   +1 212.779.4457
bhenry@bhblegal.com

October 7, 2019

VIA ECF

The Hon. Sidney H. Stein
Untied Stated District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

RE: *U.S. v Baptiste; 1:15-cr-854-(SHS)*

Dear Judge Stein,

I represent Mr. Lessage Jean Baptiste in this case. The Court has set a conference for Thursday, October 10, 2019 at 3:00 p.m. I write to request an extension for this conference due to a conflict with my calendar. I have had a scheduled meeting set in advance for a couple of weeks.  As a result, I would appreciate a short extension of this conference.

I am available Friday October 11th after 11am and anytime on October 15th and 16th.

I have spoken to the government and they have no objection to this request.

Thank you for your consideration. If you need any further information, please do not hesitate to contact me.

Sincerely,

*s/Bradley L. Henry*

Bradley L. Henry