# BREEDING HENRY BAYSAN

BREEDING HENRY BAYSAN PC

7 WORLD TRADE CENTER
250 GREENWICH ST 46TH FLOOR
NEW YORK, NY 10006
TEL.   +1 212.813.2292
breedinghenrybaysan.com

BRADLEY L. HENRY
DIRECT. +1 646-820-0224
FAX.   +1 212.779.4457
bhenry@bhblegal.com

November 7, 2019

<u>VIA ECF</u>

The Hon. Sidney H. Stein
Untied Stated District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

*RE: U.S. v Baptiste; 1:15-cr-854-(SHS)*

Dear Judge Stein,

I write in relation to the government's letter dated October 28, 2019, Document 440, wherein it states that no supplement was filed and that the Court had denied the motion to withdraw the plea.  To clarify, Mr. Baptiste did file his supplemental motion to counsel's prior letter seeking to withdraw his plea.  Mr. Baptiste's motion to withdraw was not ruled on at the hearing, but his motion to change counsel and proceed pro se were both denied.

At this time, it is counsel's understanding that Mr. Baptiste's Motion to Withdraw his Plea and supplement are pending decision with the Court.

Please let the know if you need any additional information.

Sincerely,

*s/Bradley L. Henry*

Bradley L. Henry