# BREEDING HENRY BAYSAN

BREEDING HENRY BAYSAN PC

7 WORLD TRADE CENTER
250 GREENWICH ST 46TH FLOOR
NEW YORK, NY 10006
TEL.  +1 212.813.2292
breedinghenrybaysan.com

15-cr-854

BRADLEY L. HENRY
DIRECT. +1 646-820-0224
FAX.  +1 212.779.4457
bhenry@bhblegal.com

December 16, 2019

VIA ECF AND EMAIL

The Hon. Sidney H. Stein
Untied Stated District Judge
Southern District of New York
500 Perl Street
New York, NY 10007



MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/20/19

RE: *U.S. v Lessage Jean Baptiste, 15-cr-854(SHS)*

Dear Judge Stein:

I write to inform the Court that Mr. Baptiste completed and mailed the Attorney Client Privilege Waiver on December 9 in compliance with the Court's November 14, 2019, Order (Doc. 452). That waiver was due today, 30 days from the Court's Order, but has not been docketed yet. So, we ask the Court to accept the filing as timely once the notarized copy sent directly from the client is docketed by the Clerk's office.

Please let me know if you have any questions.

Sincerely,

s/ *Bradley L. Henry*

Bradley L. Henry

SO ORDERED 12/18/19

_____
SIDNEY H. STEIN
U.S.D.J.