UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 15-Cr-854 (SHS) |
| -against- | : | ORDER |
| LESSAGE JEAN BAPTISTE, | : | |
| Defendant. | : | |

-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that the Court will hear argument on defendant's application for a new attorney [Doc. No. 493], on July 23, 2021, at 2:30 p.m., in Courtroom 23A, at the U.S. Courthouse, 500 Pearl Street, New York, New York.

Dated: New York, New York
       July 15, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.