UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

UNITED STATES OF AMERICA,  :  15-Cr-854 (SHS)

    -against-  :  <u>ORDER</u>

LESSAGE JEAN BAPTISTE,  :

          Defendant.  :

-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    Earlier today, the Court set a conference for July 23, 2021, at 2:30 p.m., in Courtroom 23A, to hear argument on defendant's motion for new counsel [Doc No. 493]. Defendant's counsel, Bradley L. Henry, is directed to speak with Mr. Jean Baptiste prior to July 23 regarding that motion to discuss defendant's concerns regarding his representation. In addition, the Court intends to set a date for the sentencing of this matter at the conclusion of the conference.

Dated: New York, New York
       July 15, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.