# M|R  MICHELMAN & ROBINSON, LLP
ATTORNEYS AT LAW

**Bradley L. Henry**
bhenry@mrllp.com

**New York Office**
800 Third Avenue, 24th Floor
New York, NY 10022
P 212.730.7700  F 212.730.7725  www.mrllp.com

July 19, 2021

**VIA ECF**

**MEMO ENDORSED**

The Honorable Sidney S. Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v. Lessage Jean Baptiste, 15 Cr. 854 (SHS)*

Dear Judge Stein:

I am CJA counsel to Lessage Jean Baptiste. I am in receipt of the Court's Order setting a conference for July 23, 2021 at 2:30 pm. I am writing, with no objection from the government, to respectfully request that the Court reschedule the conference.

I will be out of the country on business until August 2, 2021. AUSA Comey advises that she is out of town the week of August 2, 2021, and would need to get another Assistant to cover unless the conference is held remotely or set for the following week.

Thank you for your consideration in this matter. I am, of course, available to provide more information at the Court's convenience.

Respectfully submitted,

/s/

Bradley L. Henry

cc: All Parties (via ECF)

The argument is adjourned to August 3, 2021, at 2:30 p.m. in Courtroom 23A.

Dated: New York, New York
       July 20, 2021

SO ORDERED:

Sidney H. Stein, U.S.D.J.

Los Angeles | Orange County | San Francisco | Chicago | New York