UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 15-Cr-854 (SHS) |
| -against- | : | ORDER |
| LESSAGE JEAN BAPTISTE, | : | |
| Defendant. | : | |

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

IT IS HEREBY ORDERED that:

1. The sentencing of defendant is scheduled for August 26, 2021, at 10:00 a.m.;

2. The defendant's sentencing submissions are due by August 13, 2021;

3. The government's sentencing submissions are due by August 20, 2021; and

4. The defendant's attorney, Bradley L. Henry, is directed to forward a copy of the amended PSR dated July 16, 2021, to the defendant immediately.

Dated: New York, New York
       July 21, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.