UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA,              :        15-Cr-854 (SHS)

       -against-                                   :        <u>ORDER</u>

LESSAGE JEAN BAPTISTE,                       :

                     Defendant.        :

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that:

1. The sentencing date is adjourned to October 19, 2021, at 3:30 p.m.;

2. The defendant's sentencing submissions are due by October 5, 2021; and

3. The government's sentencing submissions are due by October 12, 2021.

Dated: New York, New York
          August 3, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.