# M'R  MICHELMAN & ROBINSON, LLP
ATTORNEYS AT LAW

Bradley L. Henry
bhenry@mrllp.com

New York Office
800 Third Avenue, 24th Floor
New York, NY 10022
P 212.730.7700 F 212.730.7725 www.mrllp.com

September 29, 2021

**VIA ECF**

**MEMO ENDORSED**

The Honorable Sidney S. Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v. Lessage Jean Baptiste, 15 Cr. 854 (SHS)*

Dear Judge Stein:

I am CJA counsel to Lessage Jean Baptiste. I write, with no objection from the government, to request a 60-day adjournment of Mr. Baptiste's sentencing, currently scheduled for October 19, 2021.

The Court recently granted the defense's request for the appointment of a mitigation specialist. Our mitigation specialist has begun to meet with Mr. Baptiste but needs additional time to meet with him further and complete his report. As noted, the government has no objection to this request.

Thank you for your consideration in this matter. I am, of course, available to provide more information at the Court's convenience.

Respectfully submitted,

/s/

Bradley L. Henry

cc: All Parties (via ECF)

The sentencing is adjourned to December 16, 2021, at 3:30 p.m. The defense submissions are due by November 26, the government submissions are due by December 2.

Dated: New York, New York
September 30, 2021

SO ORDERED:

Sidney H. Stein, U.S.D.J.

Los Angeles | Orange County | San Francisco | Chicago | New York