UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

UNITED STATES OF AMERICA,                    :        15-Cr-854 (SHS)

       -against-                              :        ORDER

LESSAGE JEAN BAPTISTE,                        :

            Defendant.                :

-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      The Court has received defendant's letters to the Court [Doc. No. 513 and 514].
Accordingly,

      IT IS HEREBY ORDERED that there will be a status conference on November 9, 2021,
at 12:00 p.m. The conference will take place at the U.S. Courthouse in Courtroom 23A.


Dated: New York, New York
       November 2, 2021

                               SO ORDERED:

                               Sidney H. Stein, U.S.D.J.