UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

UNITED STATES OF AMERICA,                :          15-Cr-854 (SHS)

        -against-                                       :          <u>ORDER</u>

LESSAGE JEAN BAPTISTE,                    :

                     Defendant.              :

------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

       The Court has received defendant's letters to the Court [Doc. No. 513 and 514], requesting a new attorney.

       IT IS HEREBY ORDERED that Bradley L. Henry is relieved, and the CJA attorney on duty today, Thomas H. Nooter, is appointed to assume representation of the defendant in this matter.

Dated: New York, New York
        November 9, 2021

                                  SO ORDERED:

                                  _____

                                    Sidney H. Stein, U.S.D.J.