UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 15-Cr-854 (SHS) |
| -against- | : | <u>ORDER</u> |
| LESSAGE JEAN BAPTISTE, | : | |
| Defendant. | : | |

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    In a letter dated March 29, 2022 [Doc. No. 530], the parties requested that the Court schedule a *Fatico* hearing in this matter on the four fact issues set forth in that letter.

    IT IS HEREBY ORDERED that a *Fatico* hearing will commence on June 1, 2022.at 9:30 a.m. in Courtroom 23A and will continue on June 2 if need be.

Dated: New York, New York
       April 18, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.