UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JEAN BAPTISTE,<br><br>*Defendant.* | 15 Cr. 854 (SHS) |

Upon the application of the United States of America, Damian Williams, United States Attorney for the Southern District of New York, by and through Assistant United States Attorneys Courtney Heavey and Mathew Andrews, of counsel, for an order precluding the dissemination of material produced pursuant to 18 U.S.C. § 3500 ("3500 material"), for the reasons stated in the Government's motion, with the consent of defense counsel, and based on the Court's independent review, it is hereby

ORDERED that (1) defense counsel and the defendant must destroy or return to the Government all 3500 material (including all copies), at the conclusion of the trial of this matter or when any appeal has become final; (2) defense counsel and the defendant are precluded from disseminating any 3500 material (and any copies) to anyone beyond the defendant, defense counsel, and any paralegal or staff employed by the defense; (3) for materials labeled "SENSITIVE," which includes materials related to the Government's cooperating witnesses, the defendant himself is precluded from taking hard copies of the 3500 material into any jail facility, or possessing hard copies of any such materials in any jail facility, either before, during, or after trial; except that the defendant may review hard copies of materials marked "SENSITIVE," in the possession of defense counsel, when in the presence of defense counsel or any paralegal or staff employed by the defense; and (4) for certain highly sensitive disclosure material labeled

"ATTORNEY'S EYES ONLY" or "AEO," the materials may only be disclosed to defense counsel and any paralegal or staff employed by the defense, and may not be disclosed to the defendant, absent consent of the Government or order of the Court.

SO ORDERED:

Dated: New York, New York

     May 31, 2022

_____
THE HONORABLE SIDNEY H. STEIN
UNITED STATES DISTRICT JUDGE

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney

by: __/s/_____    Date: May 9, 2022
    Courtney Heavey
    Mathew Andrews
    Assistant United States Attorneys


__/s/ Thomas H. Nooter_____    Date: May 9, 2022
Thomas Nooter, Esq.
Counsel for JEAN BAPTISTE


__/s/ Lessage JeanBaptiste_____    Date: May 9, 2022
LESSAGE JEAN BAPTISTE