UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 15-Cr-854 (SHS) |
| -against- | : | ORDER |
| LESSAGE JEAN BAPTISTE, | : | |
| Defendant. | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that defendant's sentencing will commence at 11:00 a.m. on August 16, 2022, in Courtroom 23A.

Dated: New York, New York
       August 10, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.