## FREEMAN, NOOTER & GINSBERG
### ATTORNEYS AT LAW

LOUIS M. FREEMAN
THOMAS H. NOOTER*
LEE A. GINSBERG

75 MAIDEN LANE
SUITE 503
NEW YORK, N.Y. 10038

(212) 608-0808
Cell: (917) 847-1361

*NY AND CALIF. BARS

September 6, 2022

Honorable Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**MEMO ENDORSED**

Letter Motion
Consent Request for Continuance
of Sentence Date Request

RE:   United States v. Lessage Jean Baptiste, 15 Cr. 854 (SHS)

Your Honor:

Because my father passed away this past Saturday I would respectfully ask the Court to continue the date for the sentencing hearing by at about three weeks, until the last week of September (excluding September 30th in the afternoon because of a conflict).

The government consents to this request.

This is my second request to change the sentencing date, but the circumstances are, of course, very different. In communications I have had by email with my client I know that he has no objection to the request.

I thank the Court for Your Honor's consideration of this request.

Sincerely,

/s/ Thomas H. Nooter
Thomas H. Nooter
Attorney for Defendant

cc:   AUSAs Courtney Heavy, Maurene Comey, and, Mathew Andrews, by ECF

**The sentencing is adjourned to September 28, 2022, at 2:30 p.m.**

Dated: New York, New York
September 6, 2022

SO ORDERED

*[signature]*
SIDNEY H. STEIN
U.S.D.J.