UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 15-Cr-854 (SHS) |
| -against- | : | <u>ORDER</u> |
| LESSAGE JEAN BAPTISTE, | : | |
| Defendant. | : | |

-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that defendant's motion for reconsideration of the Court's ruling on the *Fatico* hearing or alternatively to reopen the *Fatico* hearing [Doc. No. 552] is denied for the reasons to be set forth on September 28, 2022. The parties are directed to appear for the sentencing proceeding on September 28 at 2:30 p.m. in Courtroom 23A.

Dated: New York, New York
         September 23, 2022

                                                  SO ORDERED:

                                                  Sidney H. Stein, U.S.D.J.